# EXHIBIT 1

# EXHIBIT 1



Home | Company | Investors | Our Brands | Work With Us | Contact Us

## Management

We are passionate about empowering consumers, delivering outstanding results to clients and shareholders, and inspiring employees to operate and innovate at their best.



### Robert N. Brisco
Chief Executive Officer

Bob Brisco is a pioneer in Internet media. He has been Chief Executive Officer, President, and Director of Internet Brands since 1999. Under his leadership, Internet Brands has developed into a highly successful Internet media company, attracting more than 58 million unique visitors per month. Brisco has led the formation and growth of the company, including its listing on NASDAQ in 2007 (NASDAQ: INET).

Prior to Internet Brands, Brisco was president of Universal Studios Hollywood and CityWalk, one of the largest entertainment destinations in the world, hosting more than 10 million visitors per year. Previously, Brisco was Senior Vice President at The Los Angeles Times, responsible for over $1 billion of annual revenue. He oversaw all of The Times' new media operations, directed the launch of LATimes.com, and was a founding board member of Classified Ventures.

Brisco was a consultant with McKinsey & Co. and the Boston Consulting Group. He has an M.B.A. from University of California at Los Angeles and an economics and journalism degree (summa cum laude) from University of Southern California.

You can read **Mr. Brisco's Blog** at: **http://www.bbrisco.com**

### Scott A. Friedman
Chief Financial Officer

Scott Friedman is responsible for the controllership, operational accounting, finance, planning and treasury functions for Internet Brands.

Prior to joining Internet Brands in August 2008, Friedman served as the Chief Financial Officer of WPT Enterprises, Inc., an entertainment and consumer products company, where he was responsible for the company's financial, human resources, information systems and administrative operations. At WPT Enterprises, Friedman oversaw the development of the company's long-term strategic plans, annual budgets, quarterly forecasts and investor relations strategy. In addition, Friedman oversaw all treasury and tax functions for the company, including cash forecasting and management, federal and state tax planning and compliance, and international tax structuring for operations in China, Israel and several European countries.

Friedman has extensive experience in finance and accounting and working with Internet and new media companies. Before joining WPT Enterprises, Inc., Friedman was Controller at Sony Picture Digital, and previously served in various accounting and financial capacities at The Walt Disney Company.

Friedman was a Certified Public Accountant in Virginia while at Arthur Andersen, and holds Bachelor of Accountancy from George Washington University.

### Chuck Hoover
Chief Marketing Officer

Chuck Hoover oversees Internet Brands' marketing including online and offline advertising, consumer and product research, acquisition and retention strategies, and PR. He is also responsible for Internet Brands' business development initiatives to create relationships with strategic partners and oversees advertising sales.

Hoover joined Internet Brands in December 1999 from Homestore.com, operator of the nation's largest real estate websites. At Homestore he was responsible for consumer marketing including management of distribution partnerships with top portals and product development. Prior to Homestore, Hoover was Vice President of Marketing for PeopleLink, the first company incubated by Idealab and the leader in providing business-to-business community services.

Previously, Hoover worked at The Los Angeles Times in the Marketing and New Business Development group developing new advertising products for major retailers and entertainment companies, including the acquisition of Hollywood.com. Hoover received an M.B.A. from Stanford University and a B.A. in economics Phi Beta Kappa from Occidental College.

### Lisa Morita
Chief Operating Officer

### Board of Directors

#### Dr. Howard Morgan

Dr. Morgan has served as a Director of Internet Brands since February 1999 and as Chairman of our board of directors since September 1999. He is also a Director of Idealab, a creator and operator of technology companies. Since 1989, Dr. Morgan has also been President of Arca Group, Inc., a consulting and investment management firm specializing in the areas of computers and communications technologies. He serves as a director for a number of private companies, such as Franklin Electronic Publishers, Inc., 33Across, and Partsearch Technology. Dr. Morgan holds a B.S. in Physics from City University of New York and a Ph.D. in operations research from Cornell University.

#### Robert N. Brisco

Mr. Brisco has been Chief Executive Officer, President, and Director of Internet Brands since 1999. Mr. Brisco joined Internet Brands from Universal Studios Hollywood and CityWalk, where he was President of one of the world's largest entertainment destinations. Prior to Universal, Mr. Brisco was Senior Vice President of advertising, marketing, and new business development for The Los Angeles Times. He oversaw all of The Times' new media operations, directed the launch of LATimes.com, and led acquisitions such as Hollywood.com. Previously, Mr. Brisco was a consultant with McKinsey & Co. and the Boston Consulting Group, specializing in media and consumer products. Mr. Brisco has a B.A. from the University of Southern California and an M.B.A. from the University of California at Los Angeles.

#### Allen Beasley

Mr. Beasley joined the Board of Internet Brands in April 2010. Mr. Beasley has been a partner with Redpoint Ventures since October 1999. From June 1998 to September 1999, Mr. Beasley was an associate with Institutional Venture Partners (IVP). Before joining IVP, Mr. Beasley worked in marketing and product management for Ipsilon Networks, a developer of IP switching technology founded in 1994 and acquired by Nokia in 1997. Mr. Beasley focuses on Internet infrastructure and media investments and currently serves on the board of directors of Answers Corporation, BuzzMedia, Inc., Obopay, Inc. and Plastic Jungle, Inc. Mr. Beasley holds a B.A. from Stanford University and an M.B.A. from Stanford Graduate School of Business.

#### Marcia Goodstein

Ms. Goodstein has been a Director of Internet

Lisa Morita oversees the company's day-to-day operations including sales, customer service, pricing, and product and business strategy for the Automotive and Home Divisions.

Prior to joining Internet Brands in March 2007, Morita was Senior Vice President of Customer and Content Solutions at Yahoo! Search Marketing, where she was responsible for leading the customer and editorial operations that supported online advertisers who spent billions of dollars in search marketing. She led the customer operations team through the successful migration of its hundreds of thousands of online advertisers onto an entirely new platform, "Project Panama." Morita joined GoTo.com in 2001 and scaled the operation during its rapid growth as Overture Services.

Morita has extensive marketing and general management experience in companies ranging from early stage to Fortune 500 companies. She was Senior Vice President of Marketing at eMind, LLC, where she was part of the team that grew the start-up company into a leading provider of eLearning solutions. Previously, Morita was Vice President of Advertising and Marketing at The Los Angeles Times, responsible for retail ad sales and marketing. She began her career at Carnation Company/Nestle USA in brand management running brands including the most profitable in the division.

Morita received an M.B.A. from Stanford University and earned a B.A. from Occidental College.

### Joe Rosenblum
Chief Technology Officer

As Chief Technology Officer, Joe Rosenblum oversees information technology, creative services, development and architecture for Internet Brands. Rosenblum has overseen all areas of technology development for Internet Brands since 2006, when he joined the company as Vice President of Technology Development.

Prior to joining Internet Brands, Rosenblum served as Engineering Manager, Portal Applications at EarthLink, Inc., an Internet service provider, where he managed a team of software engineers through all aspects of development for EarthLink Search and myEarthLink. As a staff engineer at EarthLink, he architected and oversaw implementation of "Private Labeling" of the EarthLink Personal Start Page for MCI. Rosenblum started at EarthLink Search in September 2002 as senior software engineer.

Previously, Rosenblum served as a software engineer and technical lead at Epinions.com, Inc., an Internet company for consumer reviews and price information. Rosenblum has both a B.A. and a master's degree from Stanford University.

### B. Lynn Walsh
Executive Vice President, Corporate Development and General Counsel

Lynn Walsh is responsible for structuring and negotiating acquisitions and strategic partnerships and oversees all human resource, legal, and regulatory aspects of Internet Brands' business.

Prior to joining Internet Brands in 2000, Walsh was a partner in the Technology group at Alston & Bird LLP in Atlanta, Georgia, where she specialized in public and private offerings of securities, mergers and acquisitions and corporate finance.

Previously, Walsh was a partner at Hunton & Williams in Atlanta. She received her B.A. from the University of Michigan and her J.D. from Wayne State University Law School.

### Gregory T. Perrier
CEO & President, Autodata Solutions Company

As President and Chief Executive Officer since 1993, Greg Perrier has built Autodata Solutions into one of North America's largest software and services boutiques focused on the automotive industry. The company, which Internet Brands acquired in mid-1999, serves every manufacturer in North America from Acura to Volvo through its diverse suite of products and services. Autodata's products and services help auto manufacturers throughout all stages of the selling-chain from market analytics, product planning, vehicle configuration management, order placement, in-dealership retail systems, and dealership personnel training, to consumer-facing web sites.

Perrier earned an honors degree in business from the Ivey School of Business in 1984 and immediately following, served as a consultant with Price Waterhouse.

---

Brands since August 2004. Ms. Goodstein founded Idealab with Bill Gross in March 1996 and serves as the company's Chief Operating Officer and President. Prior to joining Idealab, Ms. Goodstein worked in business development and marketing for Enfish Corporation, a software development company. Ms. Goodstein was also an early employee of Gemstar Development Corporation and was responsible for media licensing for North America, as well as marketing and distribution in South America. Ms. Goodstein serves on the board of directors of several private companies. Ms. Goodstein has a B.A. from Pomona College.

### Bill Gross

Mr. Gross has served as a Director of Internet Brands since its inception in 1998. He is the Founder, Chairman and CEO of Idealab, a creator and operator of technology companies. A lifelong entrepreneur, Mr. Gross has launched a number of successful companies, including GNP Development (acquired by Lotus), Knowledge Adventure (acquired by Havas Vivendi) and Overture Services (acquired by Yahoo!), to name a few. A well-known visionary and entrepreneur, Mr. Gross sits on the Board of Trustees of the California Institute of Technology. Mr. Gross received his B.S. in Mechanical Engineering from the California Institute of Technology.

### Kenneth Gilman

Mr. Gilman has been a Director of Internet Brands since January 2002. Mr. Gilman joined Asbury Automotive Group Inc. following a 25-year career with the Limited Brands where his most recent assignment was Chief Executive Officer of Lane Bryant. From 1993 to 2001, Mr. Gilman served as Vice Chairman and Chief Administrative Officer of Limited Brands with responsibility for finance, information technology, supply chain management, production, real estate, legal and internal audit. From 1987 to 1993, he was Executive Vice President and Chief Financial Officer. He joined the company's executive committee in 1987 and was elected to the board of directors in 1990. Mr. Gilman serves on the board of directors of Liz Claiborne Inc. and is a trustee of the Manhattan Institute, a tax exempt organization. Mr. Gilman has a B.B.A. from Pace University.

### Martin Melone

Mr. Melone has served as a Director of Internet Brands since August 2005. Mr. Melone was a partner of Ernst & Young, LLP from 1975 to 2001, where he was responsible for global clients in a wide range of industries. Currently, Mr. Melone serves on the boards of CanWel Holdings Corporation and the Public Counsel Law Center, and also serves as a trustee and Treasurer of the California Science Center Foundation. He is a member of the Board of Regents of Santa Clara University and the Advisory Board of the Markkula Center for Applied Ethics. Mr. Melone was a director of Countrywide Financial Corporation from August 2003 through June 2008, where he served on various Board committees. He was also a director of Parson E & C Corporation from March 2003 to November 2004. Mr. Melone has a B.S.C. from Santa Clara University, and an M.B.A. from the University of California at Los Angeles.

### James Ukropina

Mr. Ukropina has served as a Director of Internet Brands since February 2006. Mr. Ukropina has served as Chief Executive Officer of Directions, LLC, a management and strategic consulting firm, since 2001. Previously, Mr. Ukropina was a partner with the law firm O'Melveny & Myers LLP until 2000, and continues to practice with the firm

Case 2:10-cv-01346-KJD-LRL   Document 1-1   Filed 08/09/10   Page 4 of 19

as Of Counsel. He serves on the boards of Pacific Life Corp., The TCW Group, Inc., Central Natural Resources and the Keck Foundation. Mr. Ukropina previously served on the board of Lockheed Martin from 1994 through April 2010 and of IndyMac Bank from 2001 through April 2006. Mr. Ukropina formerly served as Vice-Chairman of the Board of Trustees of Stanford University. Mr. Ukropina has a B.A. and an M.B.A. from Stanford University and an LL.B. from the University of Southern California.

**Home**

**The Company**
Our Story
Management Team

**Investors**
Investor Relations
Stock Information
Request Investor Kit
Press Releases
Events and Presentations
Investor FAQ
Email Alerts

**Our Brands**
Automotive
Careers
Health
Home
Money & Finance
Travel & Leisure
Shopping
Licensing

**Work With Us**
Careers
Search Openings

**Contact Us**
Contact Us
Media Inquiries
Partnerships
Acquisitions
Advertising

© 2010 Internet Brands, Inc. All Rights Reserved. Privacy Policy / Terms of Use

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



PRINT THIS

Powered by Clickability

Jun. 20, 2010
Copyright © Las Vegas Review-Journal

## U.S. SENATE RACE: Reid machine dwarfs Angle

### Challenger has uphill fight against incumbent, experts say

By LAURA MYERS
LAS VEGAS REVIEW-JOURNAL

The day before his 70th birthday, Norman Ilchene stood at an "emergency meeting" of senior citizens in Las Vegas and sounded the alarm about Sharron Angle's plans for Social Security.

"She wants to put us back before the Great Depression," Ilchene warned of Angle, the U.S. Senate GOP nominee who wants to phase out the New Deal-era program, though only for younger workers, not older folks. "I think she's too radical for Nevada. We don't need her."

What Ilchene didn't say in his remarks on Wednesday is that the Democratic Party called him to speak at the meeting, which was arranged by the Nevada Alliance for Retired Americans.

Leaders of the group support U.S. Sen. Harry Reid and are on a list of "seniors for Reid." And the AFL-CIO union backing the Democratic incumbent launched the alliance, which officially is non-partisan.

Several Democratic Party and Reid campaign staffers attended the meeting at the Cambridge Community Center. They operated the sound and computer equipment that projected this plea: "Sharron Angle Don't Kill Social Security." The staffers also helped arrange interviews with seniors for local television news stations that covered the one-hour, made-for-TV event.

And after the TV reports aired, Reid campaign officials promoted and distributed them across the Internet and in e-mails, saying, "Local seniors protest Sharron Angle's plan to kill Social Security."

"Let's just say I was volunteered to speak," Ilchene, a Democrat, said with a smile in an interview after the meeting. "But I was invited for my strong feelings, not for my party affiliation."

Welcome to the Reid machine. It's working behind the scenes and out front to grind Angle into political mincemeat while trying to re-elect an unpopular incumbent whose best hope is to make his staunch conservative foe seem too extreme to represent Nevada, political analysts say.

The Reid machine is everywhere. It ranges from small stage-managed events with a dozen seniors spreading fear to major productions with President Barack Obama, first lady Michelle Obama and President Bill Clinton spreading hope to hundreds of core supporters.

The Reid machine is unavoidable on the World Wide Web. A constant stream of Twitter and Facebook criticism of Angle floods the Web along with YouTube videos and audio clips highlighting her most extreme-sounding statements. The Reid campaign has devoted a website to Angle — www.sharronsundergroundbunker.com — which eviscerates her views and mocks her for avoiding

most mainstream media and going on conservative radio and TV talk shows for cozy chats instead.

"Sorry, Grandma, you're on your own," the Social Security link on the bunker website warns.

And the Reid machine is vast. It encompasses the Nevada Democratic Party, which the senator spent years rebuilding for his re-election. And it involves top power brokers such as campaign adviser Billy Vassiliadis, a Democrat and gaming lobbyist, and GOP operative Sig Rogich, organizer of "Republicans for Reid," a who's who of business and political leaders who rely on Reid's power and protection.

As the general election campaign got under way last week, it was immediately clear that Angle's grass-roots organization was proving no match for Reid's well-plotted and well-funded operation.

"Reid is playing chess, and these folks around Angle are playing checkers," said David Damore, a political science professor at the University of Nevada, Las Vegas. "It's going to be tough for Angle to level the playing field. Reid has been preparing for this since Daschle went down."

Tom Daschle, the former Senate majority leader from South Dakota, lost re-election in 2004, signaling to Reid — who was Daschle's deputy — that he would be the next target in the next election.

Like Daschle, Reid's job is to push the Democratic Party's agenda. That includes the new health care law and industry and bank bailouts that are unpopular in Nevada among libertarians and conservatives such as Angle and her Tea Party supporters who oppose big government programs.

"We've known for years it would be a difficult race," said Jon Summers, a Reid spokesman who has worked for him more than half a dozen years. "Right after Tom Daschle lost, Reid said he's next."

Reid actually began rebuilding the state Democratic Party nearly a decade ago after the dismal 2002 elections. Republicans won half a dozen state constitutional offices, including governor, as well as two out of three Nevada congressional seats, including the newly created Congressional District 3.

Reid brought in Rebecca Lambe as executive director of the Nevada Democratic Party. She began recruiting people to run for lower office, from city council and county commissioner to the Nevada Legislature, particularly women and Hispanics who generally draw more Democrats to the polls.

In 2005, Reid made Lambe his Southern Nevada regional director. She was key to organizing the 2008 Nevada caucuses that helped grow the party more, giving Democrats a voter registration edge over Republicans.

The Democratic drive also helped Obama win the White House and Dina Titus beat Jon Porter, ousting the Republican congressman from his swing District 3 seat.

Now, Lambe is Reid's top political strategist, working in lock step with the state and national Democratic parties to ensure the senator from Searchlight wins a fifth term on Nov. 2. The party's "Organizing for America," a spinoff of the 2008 "Obama for America," opened its Las Vegas office on Saturday, embedding itself in Nevada to help Democrats and Obama again in 2012.

"He has a lot of faith in his campaign," said Vassiliadis, who has known Reid for decades. "I've been working in campaigns for 32 years, and I have never seen a team better than the Reid team. There's a sense in the campaign of a crusade. You need to have that element. It can't just be a job."

The crusade includes a union army to do get-out-the-vote drives for Reid. The unions already have

contributed nearly $1 million to a political action committee that launched an ad on Friday, slamming Angle on Social Security. The Patriot Majority PAC is headed by former Reid staffer Craig Varoga.

The crusade also involves recruits from a growing Hispanic population, now a quarter of Nevada's 2.6 million people and about one in 10 registered voters, according to Democracia USA. The group is paying workers $10 an hour to register voters lined up outside Department of Motor Vehicles offices.

"I'm an activista," said Irma Soriano, who's originally from Mexico and works outside a main Las Vegas DMV office from 7 a.m. until 1 p.m. She said she often gets a couple dozen people each day to register to vote, though she's prohibited by law from suggesting any political party or candidate.

In the days after Angle's surprise, come-from-behind victory in the June 8 primary, the Reid machine managed to create a national narrative picked up by many media outlets in the nation's capital that the former Reno assemblywoman is "wacky," "dangerous" and "extreme."

The Reid campaign pointed to her proposals to close federal agencies such as the Education and Energy departments and the Environmental Protection Agency, which Angle has argued are wasting federal money and not doing their jobs. She said she believes states could do better.

The campaign also said Angle wants to abolish Social Security "entirely for seniors," though Angle has a more nuanced stance. She wants to "keep the contract" with seniors and others who have paid into the system already, make sure it is fully funded instead of raiding it to balance the budget and then phase it out, allowing younger workers to opt out of the system in favor of "personal" accounts.

Reid's operatives also have dug up Angle's past positions and statements to mock her, including support for a prison anti-drug program that used Scientology methods and comments that Americans have a Second Amendment right to bear arms to protect themselves from "a tyrannical government." She said she was calling for a political revolution "to retire Harry Reid," not an armed revolt.

The Reid campaign also has distributed snippets of other Angle interviews to portray her as out of touch, including one that suggested she wants to make alcohol illegal, which she said isn't true.

Angle said she expected ferocious personal attacks because taking on Reid means a race with national stakes. But her campaign and the Republican leaders who rallied behind her when she visited Washington last week conceded it might take time to gear up for the general election onslaught.

"Needless to say, it is not going to be easy to go up against this huge amount of power," said Larry Hart, a Washington-based spokesman for the Angle campaign. "Fifteen or 20 years ago if you went up against the Senate majority leader, they could shut you down, cut off the money. But not anymore."

To level the playing field, the National Republican Senatorial Committee and the Republican National Committee are opening offices in Southern and Northern Nevada to support Angle's campaign. The GOP and its top leaders, present and past, are offering as much financial support as she'll need to battle Reid. He has said he plans to spend up to $25 million during his campaign.

The Tea Party Express, whose endorsement and fundraising shot Angle to victory, the conservative Club for Growth and FreedomWorks, led by former Rep. Dick Armey, all are behind Angle.

Among Angle's biggest new backers is Sen. Jim DeMint, R-S.C., whose Senate Conservative Fund

launched a drive to raise $100,000 for her and was nearing its goal at week's end.

In addition, Angle is getting help from a new GOP-backed group, American Crossroads, whose advisers are Republican operatives Ed Gillespie and Karl Rove, the political strategist behind President George W. Bush's successful campaigns that led him to the Oval Office.

The Rove group, which set a $50 million fundraising goal for a dozen races nationwide, began running an anti-Reid ad in Nevada last week. It blamed Reid for the state's dismal economic situation, including the highest unemployment rate in the nation at a record 14 percent for the state.

Nevada's diving economy could be Reid's Achilles' heel, where Angle is already shooting arrows.

"Nevada now leads the nation in unemployment. Is there any doubt we're heading in the wrong direction with Harry Reid?" Angle asked on Friday from her Twitter account.

Meanwhile, Angle's revamped website and online fundraising effort seem to be paying off as she neared an initial $1 million target less than two weeks after her primary victory.

Beyond bringing in money, the Angle campaign realizes it must win the ground war as well as the TV and radio air war to have a shot at beating Reid in a race national analysts still rate as too close to call, either a toss-up, or barely leaning Angle's or Reid's way.

Angle, a GOP activist who has trained hundreds of precinct workers in several counties, seems to appreciate the need to do the personal voter outreach she'll need to convince people beyond her conservative base that she's a "reasonable alternative" to Reid, as her adviser Hart put it.

On Thursday, after a whirlwind Washington tour, Angle stopped in Las Vegas for a homecoming party where several hundred conservative supporters gave her a hero's welcome. She arrived nearly an hour early, telling her hosts she wanted to work the room inside Stoney's North Forty country bar.

"I believe in you, and I'm behind you," one man said, shaking her hand as she went inside.

"That's what I need," Angle said, thanking him. "I need a lot of folks in my camp."

Contact Laura Myers at lmyers@reviewjournal.com or 702-387-2919.

**Find this article at:**
http://www.lvrj.com/news/reid-machine-dwarfs-angle-96747169.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3



Corvette Forum > Off Topic > Politics, Religion & Controversy
**Nevada Senate: Angle 50%, Reid 39%**

**Politics, Religion & Controversy** Politics | Religion | Controversy (Non-Corvette)

---

06-19-2010, 11:35 AM

**BradSW**
CF Senior Member
My Corvette Photos
Member Since: Oct 2000
Location: San Diego CA

**Nevada Senate: Angle 50%, Reid 39%**

http://www.rasmussenreports.com/publ... nevada_senate

---

06-19-2010, 11:42 AM

**Matter**
CF Senior Member
My Corvette Photos
Member Since: Sep 2000
Location: Houston

Yep, listen to some in here and they'll tell you the Tea Party is completely irrelevant to the political discussion. Libe

---

06-19-2010, 01:29 PM

**motoqib1**
CF Senior Member
My Corvette Photos
Member Since: Feb 2007
Location: Southeast Ohio

Lets hope that holds up till November.

---

06-19-2010, 01:37 PM

**71stang99**
CF Senior Member
My Corvette Photos

Sure are a lot of smear ads being ran by Dingy Harry against her on the radio, about how she wants to cut social se other benefits etc.

Doesnt matter to me one bit, she gets my vote.

November is a LONG time off when it comes to elections, I hope that poll number stays the same or increases for h




**My Corvette Photos**
Member Since: May 2009
Location: Long Island Peoples Republic of NY

---

06-20-2010, 10:56 AM

**dexter**
CF Senior Member

Reid got what he wanted in the Republican primary. Let's see if he still wants it as November approaches.

The polling numbers aren't a reflection about Angle's suitability for the US senate so much as a reflection on how m Nevadans HATE Reid.

My Corvette Photos
Member Since: Sep 2000
Location: 12 Galaxies

---

06-20-2010, 11:09 AM

**Gordon Shumway**
CF Senior Member

I hope I am wrong, but I think Reid will eventually win this one. He may be an intellectual lightweight, but he keep reelected. Knuckleheads like him get elected because they are scorched earth campaigners. This Angle looks vulner Reid's type of campaigning. Whether it is true or not, the attack ads will be merciless, and enough doubt raised to g marginalized by November. The campaign against her will raise dirty politics to a new level.

My Corvette Photos
Member Since: Feb 2008
Location: Ocala FL

---

06-20-2010, 12:53 PM

**Matter**
CF Senior Member

Quote:
> Originally Posted by **Gordon Shumway**
> I hope I am wrong, but I think Reid will eventually win this one. He may be an intellectual lightweight, but he k getting reelected. Knuckleheads like him get elected because they are scorched earth campaigners. This Angle vulnerable to Reid's type of campaigning. Whether it is true or not, the attack ads will be merciless, and enough raised to get her marginalized by November. The campaign against her will raise dirty politics to a new level.

I dunno. I believe the western spirit (Arizona/Nevada/Utah) of independence is fairly strong in this area. As long as doesn't do anything profoundly stupid, she's a contender because Reid is despised.

My Corvette Photos
Member Since: Sep 2000
Location: Houston

---

06-20-2010, 01:03 PM

**Low12s**
CF Senior Member

Quote:
> Originally Posted by **VideoGameGeek**
> Reid is getting re-elected. How many times do I need to say it. The cemetery-american vote always goes 110% democrat.

Well based on 892 posts, not very often

My Corvette Photos
Member Since: Sep 2004
Location: This Recession won't be short, better work damn hard




Manufacturers


My Corvette Photos
Member Since: Jul 1999
Location: Orange Park Florida


Lubricants

Fuel Systems

*must be alot of union members there....*

Vegas casinos????

GENE

The smallest minority on earth is the individual. Those who deny individual rights cannot claim to be defenders of m
Ayn Rand

"If you would not be forgotten, as soon as you are dead and rotten, either write things worth reading, or do things  
writing." B. Franklin

I have a little list, let ALL of them be MIST.....

http://s1005.photobucket.com/albums/af176/mrvette72/

http://mrvette.shutterfly.com/62

---

06-20-2010, 04:30 PM

**71stang99**
CF Senior Member
★★★★



My Corvette Photos
Member Since: Dec 2006

> Quote:
> Originally Posted by **mrvette** 
> *Vegas casinos????*

Culinary Workers Union to name one, really the dimmest bulbs in the pack.

---

06-20-2010, 04:33 PM

**71stang99**
CF Senior Member
★★★★



My Corvette Photos
Member Since: Dec 2006

The following article from the paper today highlights Dingy Harry and his propoganda machine that is just getting fi

U.S. SENATE RACE: Reid machine dwarfs Angle

*Challenger has uphill fight against incumbent, experts say*

By LAURA MYERS
LAS VEGAS REVIEW-JOURNAL
*The day before his 70th birthday, Norman Ilchene stood at an "emergency meeting" of senior citizens in Las Vegas
sounded the alarm about Sharron Angle's plans for Social Security.*

*"She wants to put us back before the Great Depression," Ilchene warned of Angle, the U.S. Senate GOP nominee w
to phase out the New Deal-era program, though only for younger workers, not older folks. "I think she's too radical
Nevada. We don't need her."*

*What Ilchene didn't say in his remarks on Wednesday is that the Democratic Party called him to speak at the meeti
was arranged by the Nevada Alliance for Retired Americans.*

*Leaders of the group support U.S. Sen. Harry Reid and are on a list of "seniors for Reid." And the AFL-CIO union ba
Democratic incumbent launched the alliance, which officially is non\*partisan.*

*Several Democratic Party and Reid campaign staffers attended the meeting at the Cambridge Community Center. T
operated the sound and computer equipment that projected this plea: "Sharron Angle Don't Kill Social Security." Th
also helped arrange interviews with seniors for local television news stations that covered the one-hour, made-for-T*

*And after the TV reports aired, Reid campaign officials promoted and distributed them across the Internet and in e-
saying, "Local seniors protest Sharron Angle's plan to kill Social Security."*

*"Let's just say I was volunteered to speak," Ilchene, a Democrat, said with a smile in an interview after the meeting
was invited for my strong feelings, not for my party affiliation."*

*Welcome to the Reid machine. It's working behind the scenes and out front to grind Angle into political mincemeat
trying to re-elect an unpopular incumbent whose best hope is to make his staunch conservative foe seem too extre.
represent Nevada, political analysts say.*

*The Reid machine is everywhere. It ranges from small stage-managed events with a dozen seniors spreading fear t
productions with President Barack Obama, first lady Michelle Obama and President Bill Clinton spreading hope to hu
core supporters.*

*The Reid machine is unavoidable on the World Wide Web. A constant stream of Twitter and Facebook criticism of A*

the Web along with YouTube videos and audio clips highlighting her most extreme-sounding statements. The Reid c has devoted a website to Angle — www.sharronsunderground*bunker.com — which eviscerates her views and moc avoiding most mainstream media and going on conservative radio and TV talk shows for cozy chats instead.

"Sorry, Grandma, you're on your own," the Social Security link on the bunker website warns.

And the Reid machine is vast. It encompasses the Nevada Democratic Party, which the senator spent years rebuildi re-election. And it involves top power brokers such as campaign adviser Billy Vassiliadis, a Democrat and gaming lo GOP operative Sig Rogich, organizer of "Republicans for Reid," a who's who of business and political leaders who re power and protection.

As the general election campaign got under way last week, it was immediately clear that Angle's grass-roots organi proving no match for Reid's well-plotted and well-funded operation.

"Reid is playing chess, and these folks around Angle are playing checkers," said David Damore, a political science p the University of Nevada, Las Vegas. "It's going to be tough for Angle to level the playing field. Reid has been prepa this since Daschle went down."

Tom Daschle, the former Senate majority leader from South Dakota, lost re-election in 2004, signaling to Reid — w Daschle's deputy — that he would be the next target in the next election.

Like Daschle, Reid's job is to push the Democratic Party's agenda. That includes the new health care law and indust bank bailouts that are unpopular in Nevada among libertarians and conservatives such as Angle and her Tea Party s who oppose big government programs.

"We've known for years it would be a difficult race," said Jon Summers, a Reid spokesman who has worked for him half a dozen years. "Right after Tom Daschle lost, Reid said he's next."

Reid actually began rebuilding the state Democratic Party nearly a decade ago after the dismal 2002 elections. Rep won half a dozen state constitutional offices, including governor, as well as two out of three Nevada congressional s including the newly created Congressional District 3.

Reid brought in Rebecca Lambe as executive director of the Nevada Democratic Party. She began recruiting people lower office, from city council and county commissioner to the Nevada Legislature, particularly women and Hispanic generally draw more Democrats to the polls.

In 2005, Reid made Lambe his Southern Nevada regional director. She was key to organizing the 2008 Nevada cau helped grow the party more, giving Democrats a voter registration edge over Republicans.

The Democratic drive also helped Obama win the White House and Dina Titus beat Jon Porter, ousting the Republic congressman from his swing District 3 seat.

Now, Lambe is Reid's top political strategist, working in lock step with the state and national Democratic parties to senator from Searchlight wins a fifth term on Nov. 2. The party's "Organizing for America," a spinoff of the 2008 "O America," opened its Las Vegas office on Saturday, embedding itself in Nevada to help Democrats and Obama agai

"He has a lot of faith in his campaign," said Vassiliadis, who has known Reid for decades. "I've been working in cam 32 years, and I have never seen a team better than the Reid team. There's a sense in the campaign of a crusade. have that element. It can't just be a job."

The crusade includes a union army to do get-out-the-vote drives for Reid. The unions already have contributed nea million to a political action committee that launched an ad on Friday, slamming Angle on Social Security. The Patrio PAC is headed by former Reid staffer Craig Varoga.

The crusade also involves recruits from a growing Hispanic population, now a quarter of Nevada's 2.6 million peopl one in 10 registered voters, according to Democracia USA. The group is paying workers $10 an hour to register vot outside Department of Motor Vehicles offices.

"I'm an activista," said Irma Soriano, who's originally from Mexico and works outside a main Las Vegas DMV office until 1 p.m. She said she often gets a couple dozen people each day to register to vote, though she's prohibited by suggesting any political party or candidate.

In the days after Angle's surprise, come-from-behind victory in the June 8 primary, the Reid machine managed to c national narrative picked up by many media outlets in the nation's capital that the former Reno assemblywoman is "dangerous" and "extreme."

The Reid campaign pointed to her proposals to close federal agencies such as the Education and Energy departmen Environmental Protection Agency, which Angle has argued are wasting federal money and not doing their jobs. She believes states could do better.

The campaign also said Angle wants to abolish Social Security "entirely for seniors," though Angle has a more nuan She wants to "keep the contract" with seniors and others who have paid into the system already, make sure it is fu instead of raiding it to balance the budget and then phase it out, allowing younger workers to opt out of the system "personal" accounts.

Reid's operatives also have dug up Angle's past positions and statements to mock her, including support for a priso program that used Scientology methods and comments that Americans have a Second Amendment right to bear ar protect themselves from "a tyrannical government." She said she was calling for a political revolution "to retire Har not an armed revolt.

The Reid campaign also has distributed snippets of other Angle interviews to portray her as out of touch, including suggested she wants to make alcohol illegal, which she said isn't true.

Angle said she expected ferocious personal attacks because taking on Reid means a race with national stakes. But campaign and the Republican leaders who rallied behind her when she visited Washington last week conceded it mi time to gear up for the general election onslaught.

"Needless to say, it is not going to be easy to go up against this huge amount of power," said Larry Hart, a Washing spokesman for the Angle campaign. "Fifteen or 20 years ago if you went up against the Senate majority leader, the shut you down, cut off the money. But not anymore."

To level the playing field, the National Republican Senatorial Committee and the Republican National Committee ar

offices in Southern and Northern Nevada to support Angle's campaign. The GOP and its top leaders, present and pa offering as much financial support as she'll need to battle Reid. He has said he plans to spend up to $25 million dur campaign.

The Tea Party Express, whose endorsement and fundraising shot Angle to victory, the conservative Club for Growth FreedomWorks, led by former Rep. Dick Armey, all are behind Angle.

Among Angle's biggest new backers is Sen. Jim DeMint, R-S.C., whose Senate Conservative Fund launched a drive $100,000 for her and was nearing its goal at week's end.

In addition, Angle is getting help from a new GOP-backed group, American Crossroads, whose advisers are Republi operatives Ed Gillespie and Karl Rove, the political strategist behind President George W. Bush's successful campaig him to the Oval Office.

The Rove group, which set a $50 million fundraising goal for a dozen races nationwide, began running an anti-Reid Nevada last week. It blamed Reid for the state's dismal economic situation, including the highest unemployment ra nation at a record 14 percent for the state.

Nevada's diving economy could be Reid's Achilles' heel, where Angle is already shooting arrows.

"Nevada now leads the nation in un*employment. Is there any doubt we're heading in the wrong direction with Har Angle asked on Friday from her Twitter account.

Meanwhile, Angle's revamped website and online fundraising effort seem to be paying off as she neared an initial $ target less than two weeks after her primary victory.

Beyond bringing in money, the Angle campaign realizes it must win the ground war as well as the TV and radio air a shot at beating Reid in a race national analysts still rate as too close to call, either a toss-up, or barely leaning An Reid's way.

Angle, a GOP activist who has trained hundreds of precinct workers in several counties, seems to appreciate the ne the personal voter outreach she'll need to convince people beyond her conservative base that she's a "reasonable a to Reid, as her adviser Hart put it.

On Thursday, after a whirlwind Washington tour, Angle stopped in Las Vegas for a homecoming party where severa conservative supporters gave her a hero's welcome. She arrived nearly an hour early, telling her hosts she wanted room inside Stoney's North Forty country bar.

"I believe in you, and I'm behind you," one man said, shaking her hand as she went inside.

"That's what I need," Angle said, thanking him. "I need a lot of folks in my camp."

http://www.lvrj.com/news/reid-machin...-96747169.html

Corvette Forum > Off Topic > Politics, Religion & Controversy
Nevada Senate: Angle 50%, Reid 39%

Post Reply                                                                                                Page 1 of

**On Site Bumper Repair**
High quality low cost repairs Free estimate call 521-2001
www.Lvbumperrepair.com

Ads by Google

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **Off**
Pingbacks are **Off**
Refbacks are **Off**

Forum Jump
Politics, Religion & Controversy

All times are GMT -4. The time now is 05:56 PM.

-- C6

Advertise Here - Contact Us - Corvette Enthusiast Discussion Forum - Archive - Top

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007181485 / 2010-07-26

Application Title:   Reid machine dwarfs Angle.

Title:               Reid machine dwarfs Angle.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-06-20

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC

================================================================================
```